**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**  
**HAYNIE II, PHILLIP J.**  
    **Debtor(s)**

Case No. 96-30835-DOT

Chapter 7

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| ALLIANCE AGRONOMICS, INC.<br>7104 MECH. TPK.<br>MECHANICSVILLE, VA 23111 | 37.23 |
| ALLIANCE AGRONOMICS, INC.<br>7104 MECH. TPK.<br>MECHANICSVILLE, VA 23111 | 63.24 |
| CAMBRIDGE TRACTOR CO.<br>C/O JOHN MARSH WARDEN<br>P.O. BOX 28728<br>RICHMOND, VA 23228 | 6.24 |
| L. HARLAN DAVIS<br>RT. 2 BOX 200<br>WARSAW, VA 22572 | 6.56 |

Dated: May 31, 2011

/s/ Sherman B. Lubman  
SHERMAN B. LUBMAN, Trustee  
P. O. BOX 5757  
GLEN ALLEN, VA  23058-5757

(804) 290-4490

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing <u>Report of Deposit of Unclaimed Funds</u> was electronically served or <u>mailed</u> to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on <u>May 31, 2011</u>.

/s/ Sherman B. Lubman  
SHERMAN B. LUBMAN